# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Southern District of California |
| U.S. District Court case number: | 3:18-cv-2255-GPC (AGS) |
| Date case was first filed in U.S. District Court: | 9/27/2018 |
| Date of judgment or order you are appealing: | 11/30/2018 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

S&N Enterprises, Inc. of Virginia

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Neil D. Greenstein

TechMark, 1968 S. Coast Hwy., #1636

| City: | Laguna Beach | State: | CA | Zip Code: | 92651 |
|---|---|---|---|---|---|

Prisoner Inmate or A Number (if applicable):

| **Signature** | /s/ Neil D. Greenstein | **Date** | 12/28/2018 |
|---|---|---|---|

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                   *Rev. 12/01/2018*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> S&N Enterprises, Inc. of Virginia

Name(s) of counsel (if any):

> Neil D. Greenstein

Address: TechMark, 1968 S. Coast Highway, #1636, Laguna Beach, CA 92651

Telephone number(s): 858-779-9046

Email(s): ndg@techmark.com, calendar@lawinmotion.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> WowWee USA, Inc.; WowWee Group, Ltd.; WowWee Canada, Inc.

Name(s) of counsel (if any):

> Peter J. Farnese

Address: Beshada Farnese LLP, 11601 Wilshire Blvd.,#500, Los Angeles, CA 90(

Telephone number(s): 310-356-4668

Email(s): pjf@beshadafareselaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                              1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:
WowWee USA, Inc.; WowWee Group, Ltd; WowWee Canada, Inc.

Name(s) of counsel (if any):
Ashley E. Sands

Address: Epstein Drangel LLP, 60 E. 42nd St., New York, NY 10165

Telephone number(s): 212-292-5390

Email(s): mail@ipcounselors.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　2　　　　　　　　　　　　　　　*New 12/01/2018*