FILED

UNITED STATES COURT OF APPEALS

FEB 20 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| S&N ENTERPRISES, INC. OF VIRGINIA,<br><br>            Plaintiff-Appellant,<br><br>   v.<br><br>WOWWEE USA, INC.; et al.,<br><br>            Defendants-Appellees. | No.   18-56687<br><br>D.C. No.<br>3:18-cv-02255-GPC-MSB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 7) is granted. Fed. R. App. P. 42(b). The parties agree to bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Steven J. Saltiel
Circuit Mediator

SJS/Mediation